

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | DEVIN SLACK<br>*Assistant Corporation Counsel*<br>tel: 212-356-0817<br>e-mail: dslack@law.nyc.gov |
|---|---|---|

May 7, 2015

Hon. Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re:  *Perez v. City of New York*, No. 15-315cv

Dear Ms. Wolfe:

Pursuant to Local Rule 31.2(a)(1), defendants-appellees respectfully request that their brief be accepted for filing on or before August 6, 2015, which is within 91 days of the filing of plaintiffs-appellants' brief.

    Respectfully submitted,

    /s/
    Devin Slack
    Assistant Corporation Counsel

cc:  James Reif (by CM/ECF)
    Gladstein, Reif & Meginnis, LLP
    817 Broadway, 6th Floor
    New York, New York 10003
    *Counsel for Plaintiffs-Appellants*