# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of August, two thousand and fifteen.

_____

Henry Perez, *et al.*,

     Plaintiffs-Appellants,  **ORDER**

                                    Docket No. 15-315

v.

The City of New York, *et al.*,

     Defendants-Appellees.

_____

     The Secretary of Labor moves for leave to participate in oral argument for this appeal as *amicus curiae*, pursuant to FRAP 29(g).

     IT IS HEREBY ORDERED that the motion is REFERRED to the panel that is assigned to determine the merits of this appeal.

                                            FOR THE COURT:

                                            Catherine O'Hagan Wolfe,
                                            Clerk of Court

