# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of January, two thousand and sixteen.

Before:      Denny Chin,
                  *Circuit Judge*

_____

| | |
|---|---|
| Henry Perez, On behalf of themselves and others similarly situated, Baselice Ralph, On behalf of themselves and others similarly situated, Juan Bayron, On behalf of themselves and others similarly situated, Jerry Cordero, On behalf of themselves and others similarly situated, Ronald Eason, On behalf of themselves and others similarly situated, Donald Koonce, On behalf of themselves and others similarly situated, Joseph Oro, On behalf of themselves and others similarly situated, Ruben Rios, Jr., On behalf of themselves and others similarly situated, Pedro Rosado, On behalf of themselves and others similarly situated, Derek G. Walther, On behalf of themselves and others similarly situated, | **ORDER**<br><br>Docket No.    15-315 |

      Plaintiffs-Appellants,

          v.

The City of New York, Mayor Bill De Blasio, The New York City Department of Parks & Recreation, and Mitchell J. Silver, in official capacity as Commissioner of the Department of Parks and Recreation,

      Defendants-Appellees.

_____

      Defendants-Appellees move for leave to respond to a post-argument letter-brief submitted by amicus curiae the United States Department of Labor pursuant to this Court's order, filed December 1, 2015 (amended December 4, 2015). Plaintiffs-Appellants oppose.

1

IT IS HEREBY ORDERED that the motion is GRANTED. Defendants-Appellees' response, submitted with the motion, is deemed filed.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*Catherine O'Hagan Wolfe* (signature)